# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:09CV97-RLV-DCK

| | |
|---|---|
| TONYA WOOTEN, | |
| Plaintiff, | |
| v. | **ORDER** |
| LINCOLN NURSING CENTER & BARBARA HAGER, | |
| Defendants. | |

Upon motion, for good cause shown, and pursuant to Local Rule 83.1(b), it is ordered that attorney Noel Victoria Holladay is hereby admitted pro hac vice for the purpose of representing Defendants, Lincoln Nursing Center & Barbara Hager, in the above-captioned action. Attorney David H. Tyner, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: January 22, 2010

David C. Keesler
United States Magistrate Judge