IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-097-DCK

| TONYA WOOTEN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| LINCOLN NURSING CENTER and | ) |  |
| BARBARA HAGER, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties held a mediation session on February 24, 2011, and the parties have reached an agreement to settle this case (Document No. 72). Both counsel and the parties are commended for their efforts to resolve this matter short of trial. Counsel are respectfully reminded of Section IV(E) of the Pretrial Order and Case Management Plan (Document No. 41) providing that the parties are to file all documents needed to effectuate the closing of the Court file within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the closing of the Court file on or before **March 24, 2011**.

Signed: February 24, 2011

David C. Keesler
United States Magistrate Judge