# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09-CV-097-DCK

| | |
|---|---|
| TONYA WOOTEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN NURSING CENTER and )<br>BARBARA HAGER, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Stipulation Of Dismissal With Prejudice Pursuant To Rule 41" (Document No. 74) filed March 24, 2011. The parties to this action having agreed to the dismissal with prejudice of all claims made herein by the filing of a Stipulation of Dismissal With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a), the Court finds such dismissal with prejudice to be proper.

**IT IS, THEREFORE, ORDERED** that all claims made herein are dismissed with prejudice, and each party shall bear its own costs.

Signed: March 28, 2011

David C. Keesler
United States Magistrate Judge